Dismissed and Memorandum Opinion filed December 4, 2008








Dismissed
and Memorandum Opinion filed December 4, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01014-CV

____________

 

TEODORO ROJAS,
Appellant

 

V.

 

CORINTHIAN CUSTOM
BUILDERS, INC., Appellee,

 



 

On Appeal from the
129th District Court

Harris County,
Texas

Trial Court Cause
No. 2004-43832

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 17, 2008.  On November 12, 2008,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 4, 2008.

Panel consists of Chief Justice Hedges, Justices Anderson, and Frost.